# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lime Rock Resource Operating Company, Inc., Lime Rock Management LP, and Lime Rock Resources III-A, L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| vs. | ) ) ) | |
| Matthew McPherson, Badlands Resources, LLC, Bakken Energy Partners, LLC, Fighting Sioux Oil & Gas LLC, Roughrider Oil and Gas, LLC, Gallatin Oil, LLC, and Great Plains Land Services, Inc., | ) ) ) ) ) ) | |
| Defendants. | ) ) | Case No. 1:20-cv-213 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on October 15, 2021, at 9:00 AM by telephone . The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 20th day of January, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court