## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lime Rock Resource Operating Company, Inc., Lime Rock Management LP, and Lime Rock Resources III-A, L.P.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Matthew McPherson, Badlands Resources, LLC, Bakken Energy Partners, LLC, Fighting Sioux Oil & Gas LLC, Roughrider Oil and Gas, LLC, Gallatin Oil, LLC, and Great Plains Land Services, Inc.,<br><br>　　　　　Defendants. | **ORDER FOR STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:20-cv-213 |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on February 16, 2021, at 9:30 AM by telephone . The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 20th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court