IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lime Rock Resource Operating Company, Inc., Lime Rock Management LP, and Lime Rock Resources III-A, L.P., <br><br>    Plaintiffs,<br><br>vs.<br><br>Matthew McPherson, Badlands Resources, LLC, Bakken Energy Partners, LLC, Fighting Sioux Oil & Gas LLC, Roughrider Oil and Gas, LLC, Gallatin Oil, LLC, and Great Plains Land Services, Inc.,<br><br>    Defendants. | )<br>)<br>)<br>) **ORDER FOR STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-213<br>) |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on April 6, 2021, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 16th day of February, 2021.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court