## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Lime Rock Resources Operating Company, Inc., Lime Rock Management LP, and Lime Rock Resources III-A, L.P., </br></br>　　　　　Plaintiffs, </br></br>　vs. </br></br>Matthew McPherson, Badlands Resources, LLC, Bakken Energy Partners, LLC, Fighting Sioux Oil & Gas LLC, Roughrider Oil and Gas, LLC, Gallatin Oil, LLC, and Great Plains Land Services, Inc., </br></br>　　　　　Defendants. | **ORDER AMENDING PRETRIAL DEADLINES** </br></br></br></br></br></br></br></br>Case No. 1:20-cv-213 |

　　　On July 30, 2021, court held a status conference with the parties by telephone. Pursuant to an agreement reached by the parties to amend the pretrial deadlines, the court **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until December 31, 2021, to complete fact discovery.

2. The parties shall have until January 14, 2022, to file discovery motions.

3. Plaintiffs' expert witness reports are due by January 4, 2022.

4. Defendants' expert witness reports are due by February 1, 2022.

5. Rebuttal expert witness reports are due by February 25, 2022.

6. The parties shall have until March 14, 2022, to file expert discovery motions.

7. The parties shall have until April 1, 2022, to complete discovery depositions of expert witnesses.

8. The parties shall have until October 29, 2021, to file motions to join additional parties, motions to amend pleadings, motions to amend pleadings to add claims for

punitive damages, and nondispositive motions (e.g. consolidation,, bifurcation).

**IT IS SO ORDERED.**

Dated this 30th day of July, 2021.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court